I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/9/09

DEPUTY CLERK

JS-6 Entered

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EARL LEGARDY, | Case No. CV 08-2979-DDP (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KEN CLARK (Warden), | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 9, 2009

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE